FILED
John E. Triplett, Acting Clerk
United States District Court

By CAshell at 9:19 am, Jun 26, 2020

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 517-010 |
| | ) | |
| LEMARCUS CIERRA KING | ) | |
| | ) | |

## ORDER

Recognizing the sensitive nature of the information contained therein, and pursuant to the government's motion to seal Exhibits A and B to its response to defendant's motion for compassionate release, the government's motion is hereby GRANTED, and the Clerk is directed to SEAL Exhibits A and B, with access limited to the parties and the Court until further Order of this Court.

SO ORDERED this 25 day of June 2020.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA